UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-296 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Havion Eddie Amaru Holmes, | |
| Defendant. | |

This matter comes before the Court on the Government's Unopposed Motion for Extension of Time to File Responses to Pretrial Motions, ECF No. 27. Due to Government counsel's trial schedule, counsel is requesting a 16-day extension of its response deadline. *Id.* at 1. Defendant does not oppose the requested extension. *Id.* The Court finds good cause to grant this request. Because the new response deadline will be after the scheduled motion hearing, the Court will adjust the hearing date. Furthermore, time under the Speedy Trial Act is already being excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

Based on all the files, records, and proceedings herein, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. All responses to motions must be filed by **March 14, 2025**. *See* D. Minn. LR 12.1(c)(2).

2. Any Notice of Intent to Call Witnesses must be filed by **March 14, 2025**. *See* D. Minn. LR. 12.1(c)(3)(A).

3. Any Responsive Notice of Intent to Call Witnesses must be filed by **March 19, 2025**. *See* D. Minn. LR 12.1(c)(3)(B).

4. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

5. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **March 25, 2025, at 9:30 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

Dated: February 27, 2025          *s/ Tony N. Leung*

                                       Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Holmes*
Case No. 24-cr-296 (ECT/TNL)